NO. CR-15-25562

| | | |
|---|---|---|
| STATE OF TEXAS | § | IN THE DISTRICT COURT |
| | § | |
| vs. | § | 336TH JUDICIAL DISTRICT |
| | § | |
| MICHAEL ATCHLEY | § | FANNIN COUNTY, TEXAS |

FILED FOR RECORD
FANNIN COUNTY, TEXAS
2015 DEC -9 AM 10: 27
BY_____ DEPUTY

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
12/9/2015 11:59:37 AM
DEBBIE AUTREY
Clerk

## NOTICE OF APPEAL

**TO THE HONORABLE JUDGE OF SAID COURT:**

Now comes Micah Atchley, Defendant in the above styled and numbered cause, and gives this written notice of appeal of the judgment of conviction and sentence in this cause.

Respectfully submitted,

Micah Belden
711 N. Travis Street
Sherman, Texas 75090
Tel: (903) 868-1528
Fax: (903) 893-4734

By:_____
State Bar No. 24044294
beldendwi@yahoo.com

## CERTIFICATE OF SERVICE

This is to certify that on December 9, 2015, a true and correct copy of the above and foregoing document was served on the District Attorney's Office, Fannin County, Mr. Richard Glaser, by hand delivery.

1